■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANNIE AMOS, Appellant. [668 NYS2d 489] —Appeal by the defendant from a judgment of the County Court, Westchester County (Tomlinson, J.), rendered April 15, 1996, convicting her of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

We have examined the defendant's remaining contentions

and find them to be without merit. Bracken, J. P., Santucci, Altman and McGinity, JJ., concur.